**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6105**

_____

WILLIAM GREGORY COOK,

Petitioner - Appellant,

versus

THOMAS V. MILLER, III, Commissioner; MARYLAND
PAROLE COMMISSION, Individual Capacity,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
02-3972-PJM)

_____

Submitted:  April 3, 2003          Decided:  April 14, 2003

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William Gregory Cook, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Gregory Cook, a Maryland prisoner, seeks to appeal the district court's order dismissing his complaint filed under 42 U.S.C. § 1983 (2000), which the district court construed as a habeas corpus petition filed under 28 U.S.C. § 2254 (2000). On appeal, Cook contends that the district court erred in construing his complaint as a habeas petition and dismissing it for failure to exhaust state remedies. We conclude that Cook's claim was not cognizable under § 1983, and the district court properly construed it as sounding in habeas. See Heck v. Humphrey, 512 U.S. 477, 487 (1994).

An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir.) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Cook has not made the

2

requisite showing.  See Miller-El v. Cockrell, ___ U.S. ___, 123 S. Ct. 1029 (2003).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED